**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| SARA HAWES, et al., | Civil Action: 1:17-CV-00754 |
| Plaintiffs, | Judge Douglas R. Cole |
| v. | |
| MACY'S WEST STORES, INC., | |
| Defendant. | |
| | |
| CHIARALUCE, et al., | Civil Action: 2:20-CV-0081 |
| Plaintiffs, | Judge Douglas R. Cole |
| v. | |
| MACY'S, INC., | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF**
**PROPOSED SETTLEMENT AND OTHER RELATED RELIEF**

Plaintiffs, by and through Class Counsel, hereby move for an order pursuant to Fed. R. Civ.

P. 23 granting final approval of the settlement between Plaintiffs and Defendants Macy's West

Stores, Inc. and Macy's, Inc. The requested related relief is set forth in Plaintiffs' Memorandum

of Law in Support of Plaintiffs' Motion for Final Approval.

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully

request that the Court grant this motion and enter the proposed Order and Final Judgment filed

herewith. Defendants do not oppose this motion.

Dated: September 27, 2023                    */s/ David Black*

1

David Black

Charles LaDuca
David Black
Brendan Thompson
CUNEO GILBERT & LADUCA
LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com
brendant@cuneolaw.com

Michael McShane
Ling Y. Kuang
Kurt D. Kessler
AUDET & PARTNERS, LLP
711 Van Ness Avenue Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
mmcshane@audetlaw.com

Charles Schaffer
LEVIN SEDRAN & BERMAN,
LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (877) 882-1011
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

Drew Legando
MERRIMAN LEGANDO
WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: (216) 522-9000
drew@merrimanlegal.com

Stuart Cochran
COCHRAN LAW PLLC
8140 Walnut Hill Lane, Suite 250
Dallas, TX 75231

2

Telephone: (469) 333-3405
stuart@scochranlaw.com

Erica Mirabella
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: (855) 505-5342
erica@mirabellallc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

*/s/ David Black*

David Black